In the Matter of the Proceeding under the GRADE CROSSING ELIMINATION ACT for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by THE NEW YORK CENTRAL RAILROAD COMPANY and MACEDON-CATOR FOUR CORNERS COUNTY HIGHWAY No. 918 (RAILROAD AVENUE) IN

THE TOWN OF MACEDON, WAYNE COUNTY. (Case No. 8451.) — Orders affirmed, with costs. All concur. (One order provides for the elimination of a grade crossing and the other order denies an application for a rehearing.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.